UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: INSULIN PRICING LITIGATIONMDL No. 3080

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO –25)

On August 3, 2023, the Panel transferred 5 civil action(s) to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 688 F.Supp.3d 1372 (J.P.M.L. 2023). Since that time, 43 additional action(s) have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable Brian R. Martinotti.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Martinotti.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of August 3, 2023, and, with the consent of that court, assigned to the Honorable Brian R. Martinotti.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Mar 10, 2025

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

James V. Ingold
Clerk of the Panel



**TRUE AND CERTIFIED COPY**
Keith Guthrie
9:35 am, Mar 10 2025

IN RE: INSULIN PRICING LITIGATION                                              MDL No. 3080

### SCHEDULE CTO−25 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CONNECTICUT | | | |
| CT | 3 | 25−00057 | City of Meriden v. Eli Lilly And Company et al |
| FLORIDA MIDDLE | | | |
| FLM | 8 | 25−00071 | City of St. Petersburg, Florida v. Eli Lilly and Company et al |
| ILLINOIS NORTHERN | | | |
| ILN | 1 | 25−00339 | Teamsters Local 731 Health and Welfare Fund v. Eli Lilly & Company et al |
| ILN | 1 | 25−00341 | Health and Welfare Fund of the Excavating, Grading and Ashpalt Craft Local No. 731 v. Eli Lilly and Company et al |